UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN HENDRIX, | No. 2:20-cv-0531 JAM CKD P |
| Petitioner, | |
| v. | ORDER |
| WARDEN MONTGOMERY, | |
| Respondent. | |

On September 21, 2020, petitioner filed an amended petition for writ of habeas corpus. Petitioner also filed a motion asking that the amended petition be stayed pursuant to Kelly v. Small, 315 F.3d. 1063 (9th Cir. 2003) which would permit petitioner to exhaust state court remedies with respect to additional claims. Good cause appearing, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to file petitioner's amended petition for writ of habeas corpus separately;

2. Petitioner's motion for a stay (ECF No 23) is granted;

3. This matter is stayed;

4. The Clerk of the Court is directed to administratively close this case; and

/////

/////

1

5. After petitioner has exhausted state court remedies, petitioner may submit a second amended petition which contains only exhausted claims or inform the court that he wishes to proceed on his amended petition.

Dated: October 6, 2020

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
hend0531.ksty